889 A.2d 1057

IN THE MATTER OF PHILLIP J. SIMMS,
AN ATTORNEY AT LAW.

January 25, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–275, concluding that **PHILLIP J. SIMMS** of **WHITEHOUSE,** who was admitted to the bar of this State in 1974, should be censured for violating *RPC* 1.15(a)(negligent misappropriation of client trust funds), *RPC* 1.15(d) and *Rule* 1:26–6 (recordkeeping violations);

And the Disciplinary Review Board having further concluded that respondent should be required to submit quarterly reconciliations of his trust account to the Office of Attorney Ethics for a period of two years;

And good cause appearing;

It is ORDERED that **PHILLIP J. SIMMS** is hereby censured; and it is further

ORDERED that respondent shall submit quarterly reconciliations of his attorney trust account to the Office of Attorney Ethics for a period of two years and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.